# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153145

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

REGINALD DESHAWN WALKER,
     Defendant-Appellant.

SC: 153145
COA: 329711
Wayne CC: 09-010770-FC

_____/

On order of the Court, the application for leave to appeal the December 16, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

s0315